**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DON MERCELEANY R. MAXWELL/G-DOFFEE                                          PLAINTIFF
ADC #108778

V.                                    NO: 5:09CV00325 SWW

ANGELA TYLER *et al.*                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of December, 2011.

                                                    /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE